IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CRAIG KIMMEL, on Behalf of Himself and Others Similarly Situated, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. SA-25-cv-00420-FB |
| IHEARTMEDIA, INC., | § § § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL AND JUDGMENT

Before the Court is the Stipulation of Voluntary Dismissal, filed by the parties on October 3, 2025. (Docket no. 26). This case was administratively closed on August 28, 2025, to allow the parties time to submit their stipulation of dismissal. (Docket no. 25). The parties now stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure, that Plaintiff's individual claims against Defendant are hereby voluntarily dismissed with prejudice, and the claims of the putative class are hereby voluntarily dismissed without prejudice, with each party bearing its or his own fees or costs.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (docket no. 25) is LIFTED for the limited purpose of REOPENING this case so that this Order of Dismissal and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to the parties' stipulation (docket no. 26) and Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure, Plaintiff's individual claims against Defendant are hereby voluntarily DISMISSED WITH PREJUDICE, and the claims of the putative class are hereby voluntarily DISMISSED WITHOUT PREJUDICE, with each party bearing its or his own fees or costs

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 6th day of October, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE